UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 14-24530-CIV-MORENO**

| | |
|---|---|
| ADRIENNE BOWMAN, Individually, | : |
| Plaintiff, | : |
| v. | : |
| AVOCADO SHOPPING CENTER, LLC, a Florida Limited Liability Company, LA MORENITA HOMESTEAD, INC., d/b/a LA MORENITA SUPERMARKET, a Florida for profit Corporation, and SHAPON CORPORATION, d/b/a SHAPON FOOD MARKET, | : |
| Defendant(s). | : |
_____ /

## NOTICE OF SETTLEMENT

The Plaintiff, ADRIENNE BOWMAN, and the Defendants, the Defendants, AVOCADO SHOPPING CENTER, LLC, LA MORENITA HOMESTEAD, INC., d/b/a LA MORENITA SUPERMARKET, and SHAPON CORPORATION, d/b/a SHAPON FOOD MARKET, (collectively referred to as the "Parties"), hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Stipulation For Dismissal, to properly dispose of this action.

In view of the Parties settlement, the Parties request up and until April 30, 2015 to file all necessary motions or stipulations to have the Court retain jurisdiction over the Parties settlement

1

agreement, and dismiss this cause of action.

Date: March 27th, 2015          By: /s/ Camilo F. Ortega
Camilo F. Ortega, Esq.,
(Florida Bar No: 75387)
Of Counsel to the Law Offices of
Thomas B. Bacon Law
**THE LAW CENTER**
1888 NW 7 Street
Miami, FL 33125
Phone: (786)-452-9709
Fax: (305)-643-3334
E-Mail: camilo@thomasbaconlaw.com
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 27th day of March, 2015, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system. I Further certify that the foregoing document is being served on all *pro se* Defendants identified on the attached service list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsels or parties who are not authorized to receive electronic Notice of Filing.

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.

## SERVICE LIST
Case Number: 14-24530-CIV-MORENO

**Served *via* CM/ECF**
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 SW 103rd Ave
Cooper City, Florida 33328
Telephone: (954) 478-7811
Facsimile: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com
Counsel for the Plaintiff

**Served *via* CM/ECF**
Moises Kaba III, Esq.,
Kaba Law Group, PLLC
8180 N.W. 36th Street
Suite 100H
Doral, Florida 33166
E-Mail: office@kabalaw.com
Counsel for the Defendant
La Morentia Homestead, Inc.

2

**Served** *via* **CM/ECF**
Martin E. Feldman, Esq.,
Lehr Fischer Feldman Levi & Mendes
Regions Bank Building
450 North Park Rd
Suite 500
Hollywood, Florida 33021
Ph. (954) 927-4097
E-Mail: mfeldman@lff-law.com
Counsel for the Defendant
Avocado Shopping Center, LLC

**Served** *via* **CM/ECF**
Darryl Schreiber, Esq.,
Schreiber Shreiber
5600 Sheridan Street
Hollywood, Florida 33021
Ph. (954) 966-5600
E-Mail: schreiblaw@aol.com