UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 14-24530-CIV-MORENO**

| | |
|---|---|
| ADRIENNE BOWMAN, Individually, | : : : |
| Plaintiff, | : : |
| v. | : : |
| AVOCADO SHOPPING CENTER, LLC, a Florida Limited Liability Company, LA MORENITA HOMESTEAD, INC., d/b/a LA MORENITA SUPERMARKET, a Florida for profit Corporation, and SHAPON CORPORATION, d/b/a SHAPON FOOD MARKET, | : : : : : : : |
| Defendant(s). | : |
| _____ / | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ADRIENNE BOWMAN, and the Defendants, AVOCADO SHOPPING CENTER, LLC, LA MORENITA HOMESTEAD, INC., d/b/a LA MORENITA SUPERMARKET, and SHAPON CORPORATION, d/b/a SHAPON FOOD MARKET, (collectively referred to as the "Parties"), hereby files this Joint Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as to all named Defendants.

A resolution of all matters in dispute has been reached pursuant to a Settlement Agreement between the Parties. "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement

1

reached in this case." *See Anago Franchising, Inc., v. Shaz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

Dated: April, 23 2015	Respectfully Submitted,

By: /s/ *Camilo F. Ortega*
Camilo F. Ortega, Esq.,
Florida Bar No: 75387
*Of Counsel* to the Law Offices of
Thomas B. Bacon, P.A.
**THE LAW CENTER**
1888 NW 7 Street
Miami, FL 33125
Phone: (786)-452-9709
Fax: (305)-643-3334
E-Mail: camilo@thomasbaconlaw.com

By: */s/ Moises Kaba, III*
Moises Kaba III, Esq.,
Fla. Bar No.: 570125
Kaba Law Group, PLLC
8180 N.W. 36th Street
Suite 100H
Doral, Florida 33166
E-Mail: office@kabalaw.com
Court_Docs@kabalaw.com
Mkaba03@gmail.com
Counsel for the Defendant
La Morentia Homestead, Inc.

By: */s/ Martin Feldman*
Martin E. Feldman
Fla. Bar No.: 98817
Lehr Fischer Feldman Levi & Mendes
Regions Bank Building
450 North Park Rd
Suite 500
Hollywood, Florida 33021
Ph. (954) 927-4097
E-Mail: mfeldman@lff-law.com
Counsel for the Defendant
Avocado Shopping Center, LLC

2

By: */s/ Darryl Schrieber*
Darryl Schreiber
Fla. Bar No.: 342432
5600 Sheridan Street
Hollywood, Florida 33021
Ph. (954) 966-5600
E-Mail: schreiblaw@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served on all *pro se* Defendants identified on the attached services list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronic Notice of Electronic Filing.

By: /s/ *Camilo F. Ortega*
Camilo F. Ortega, Esq.,

## SERVICE LIST
### Case Number: 14-24530-CIV-MORENO

**Served *via* CM/ECF**
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 SW 103rd Ave
Cooper City, Florida 33328
Telephone: (954) 478-7811
Facsimile: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com
Counsel for the Plaintiff

**Served *via* CM/ECF**
Moises Kaba III, Esq.,
Kaba Law Group, PLLC
8180 N.W. 36th Street
Suite 100H
Doral, Florida 33166
E-Mail: office@kabalaw.com
Counsel for the Defendant
La Morentia Homestead, Inc.

**Served *via* CM/ECF**
Martin E. Feldman, Esq.,
Lehr Fischer Feldman Levi & Mendes
Regions Bank Building
450 North Park Rd
Suite 500

3

Hollywood, Florida 33021
Ph. (954) 927-4097
E-Mail: mfeldman@lff-law.com
Counsel for the Defendant
Avocado Shopping Center, LLC

**Served *via* CM/ECF**
Darryl Schreiber, Esq.,
Schreiber Shreiber
5600 Sheridan Street
Hollywood, Florida 33021
Ph. (954) 966-5600
E-Mail: schreiblaw@aol.com