UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-24530-CIV-MORENO**

ADRIENNE BOWMAN,

    Plaintiff,

vs.

AVOCADO SHOPPING CENTER, LLC, LA MORENITA HOMESTEAD, INC. d/b/a LA MORENITA SUPERMARKET, and SHAPON CORPORATION d/b/a/ SHAPON FOOD MARKET,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice **(D.E. 26)**, filed **April 23, 2015**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). The Court retains jurisdiction for six months to enforce the terms of the settlement agreement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of April, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record